WILLIAM A. GEHLE, Respondent, v. JOHNSTOWN COAL AND COKE COMPANY, Appellant.— Judgment modified by reducing it from the sum of $3,729.70 to the sum of $2,953.58, and, as so modified, unanimously affirmed, without costs. Under the first cause of action, the court found that the commissions earned by the plaintiff for the period between January 31, 1925, and February 1, 1926, were $8,461.72, and directed a verdict for the plaintiff based upon this amount. There was, however, a question of fact as to the amount earned during this period, but the defendant admitted in its bill of particulars that the plaintiff had earned $7,803.99. As between these figures, there is a disputed question of fact. Accepting the latter figures and upon plaintiff's stipulation, the judgment is reduced as herein provided. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of MARGARET T. DARRAUGH, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, and Another, Respondents.*— Order confirming determination of the board of standards and appeals and dismissing certiorari order affirmed, with fifty dollars costs and disbursements. No opinion. Rich, Young, Hagarty and Scudder, JJ., concur; Lazansky, P. J., not voting.

In the Matter of the Application of SAMUEL SMYTH, JR., Appellant, v. BOARD OF EDUCATION, UNION FREE SCHOOL DISTRICT No. 4, TOWN OF NORTH HEMPSTEAD, NASSAU COUNTY, for an Order Requiring the Defendant to Submit Certain Differences between the Parties to Arbitration, Respondent.— Order denying motion for arbitration affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.